

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**Application GRANTED in part.** The initial pretrial conference scheduled for July 10, 2024, is **ADJOURNED** to **July 24, 2024, at 4:10 P.M.** The parties shall file their initial pretrial conference materials by **July 17, 2024.** The Clerk of Court is respectfully directed to close the motion at Dkt. No. 7.

Dated: July 3, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>

Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom 1106

Re:   Case 1:24-cv-03826-LGS - *Zelvin v. Saturdays Surf, LLC*
<u>Plaintiff's Letter Motion Requesting Adjournment of Initial Conference</u>

Dear Judge Lorna G. Schofield:

 I represent plaintiff Lynn Zelvin, in the above-referenced ADA website accessibility case, and I write with the consent of Defendant's counsel to request that the telephonic initial conference scheduled for July 10, 2024 at 4:10 p.m. before Judge Lorna G. Schofield as per the directives set forth in the May 21, 2024 order. Plaintiff's counsel will be travelling in Asia during the week of this conference and will be unable to join the conference line by telephone.

 Plaintiff's counsel is not yet in communication with the Defendant, although proof of service was just recently obtained, showing that the Defendant was served with the lawsuit papers on June 20, 2024. Accordingly, Plaintiff requests a thirty (30) day adjournment of up through and until July 27, 2024, for the Defendant to appear in this instant lawsuit.

 This is the Plaintiff's first request to adjourn the initial conference.

 We thank Your Honor for the attention and consideration herein.

        Respectfully submitted,

        */s/ Mars Khaimov*
        Attorneys for Plaintiff

Cc: all Counsel of record on ECF

