UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
    LYNN ZELVIN,                                        :
                                    Plaintiff,          :
                                                        :              24 Civ. 3826 (LGS)
    -against-                                           :
                                                        :                    ORDER
    SATURDAYS SURF, LCC,                                :
                                    Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated July 3, 2024, directed the parties to file their initial pretrial

conference materials by July 17, 2024;

    WHEREAS, on July 17, 2024, the parties filed the required joint letter and proposed case

management plan.  However, the proposed case management plan is blank and lacks any

proposed dates.  It is hereby

    **ORDERED** that, as soon as possible and no later than **July 22, 2024**, the parties shall file

a proposed case management plan containing proposed dates.

Dated: July 18, 2024
       New York, New York

_____
        **LORNA G. SCHOFIELD**
     **UNITED STATES DISTRICT JUDGE**